FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 320th District Court of Potter County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on October 8, 2014, the cause upon appeal to revise or reverse your judgment between

Richard Zambrana

v.    No. 07-13-00058-CV    And    Trial Court No. 100555-D

City of Amarillo, Texas and Lori James, in her official capacity as Director of the Amarillo Civil Service Commission

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated Wednesday, October 8, 2014, it is ordered, adjudged and decreed that the order of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that appellees pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on January 6, 2015.



*Vivian Long*
VIVIAN LONG, CLERK